IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK T. CARLSON,

        Plaintiff,

v.

                                                  Case No. 20-cv-871-bbc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Mark T. Carlson against defendant Kilolo Kijakazi, Acting Commissioner of Social Security, remanding this case for further proceedings.

| s/ V. Olmo, Deputy Clerk | 12/13/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |