IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ Western DISTRICT OF WISCONSIN

MARK T. CARLSON,

    Plaintiff

v.                                   Case No.: 20 C 871

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

Plaintiff's counsel petitioned for attorney fees under the Equal Access to Justice Act (EAJA). Plaintiff's counsel logged 36.40 hours of attorney time and 14.75 hours of non-attorney time. Defendant has since submitted a response in which Defendant states that he does not oppose an award for attorney fees in the amount of $8,799.35 (eight-thousand seven-hundred ninety-nine dollars and thirty-five cents). Based upon the foregoing response and the Court's finding that the fees incurred are both reasonable and necessary and qualify under the Equal Access to Justice Act (EAJA),

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $8,799.35 (eight-thousand seven-hundred ninety-nine dollars and thirty-five cents) shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the EAJA. These fees are awarded to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed 2d 9 (2010). If counsel for the Defendant can verify that Plaintiff owes no pre-existing debt

subject to offset, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

Dated this 30TH day of March, 2022, at Madison, Wisconsin.

BY THE COURT,

/s/ Barbara B. Crabb
HONORABLE BARBARA B. CRABB
United States District Judge